JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MAUREEN C. BESSETTE (NYSBN 2468254)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA, 94612
   Telephone: (510) 637-3691
   Facsimile:  (510) 637-3724
   E-mail: maureen.bessette@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> CARLOS CORONADO, ) <br> ) <br>    Defendant. ) <br> _____) | No. CR08-00535 DLJ <br><br> STIPULATION RE: SENTENCING AND RESTITUTION ; **ORDER** |

     The above-captioned matter was on for sentencing before the Honorable D. Lowell Jensen on March 20, 2009 at 10:00 a.m. Both parties agree to the following:

1. The parties stipulate and agree that the U.S. Sentencing Guideline Calculation in this matter is as follows:

<u>Group One, Counts 1-25</u>

| | |
|---|---|
| U.S.S.G. § 2B1.1, Base Offense Level | 6 |
| U.S.S.G. § 2B1.1, Loss greater than $400,000 | +14 |
| U.S.S.G. § 3B1.1(a), Role in the offense | <u>+4</u> |
| Adjusted Offense Level | 24 |

STIPULATION

Group Two, Counts 26

| | |
|---|---|
| U.S.S.G. § 2T1.1(a) and 2T4.1(H), Tax loss $400,000+ | 20 |
| U.S.S.G. § 2T1.1(b)(1), Failed to report $10,000+ | +2 |
| Adjusted Offense Level | 22 |
| | |
| U.S.S.G. § 3D1.4, Muliple-count Adjustment | +2 |
| Combined Adjusted Offense Level | 24 |
| | +2 |
| | 26 |
| U.S.S.G. § 3E1.1, Acceptance of Responsibility | -3 |
| | 23 |

2. The parties agree and stipulate that the United States moved for a departure under U.S.S.G. § 5K1.1, Motion for Downward Departure, bringing the defendant's Total Offense Level to 13, with a sentencing range of 12 to 18 months.

3. The parties agree and stipulate that the government has seized the following from the defendant and that the defendant forfeits the following:

- $89,700 in cash from my sale of the stolen gold;
- 6,912 grams of stolen gold (which includes packaging weight);
- two Sony Vaio laptop computers purchased with proceeds of stolen gold;
- an Acer Aspire laptop computer purchased with proceeds of stolen gold;
- $52,060.84 and $23,823.40 from my Wells Fargo bank account.

4. The parties agree and stipulate that the defendant will forfeit to the U.S. government the following:

- $89,700 in cash from my sale of the stolen gold;
- Real estate in San Bernadino county, California in 2006;
- Real estate in San Bernadino county, California in 2006;
- $10,000 certificate of deposit at Wells Fargo;
- Real estate in Lake County, California in 2002 for $12,000;
- Timeshare in Puerto Pinasca, Mexico in 2003 for $12,000;

STIPULATION                                    2

- Timeshare in Maui, Hawaii in 2003/2004 for $12,000;
- Ford F-150 worth approximately $15,000.

It is so stipulated.

DATED: 4/14/09

/s/
SALVADOR ALVA
Counsel for Carlos Coronado

DATED: 4/15/09

/s/
MAUREEN C. BESSETTE
Assistant U.S. Attorney

SO ORDERED

**April 15, 2009**

The Honorable D. Lowell Jensen
United States District Court Judge

STIPULATION                    3