1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  JULIE C. REAGIN (CABN 167934)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-7181
7        FAX: (415) 436-6570
         Julie.Reagin@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13

14 | UNITED STATES OF AMERICA,      ) CASE NO. 08-0535 DLJ
                                    )
15 |     Plaintiff,                 ) WRIT OF CONTINUING GARNISHMENT
                                    )
16 |     v.                         )
                                    )
17 | CARLOS CORONADO,               )
                                    )
18 |     Defendant,                 )
                                    )
19 |                                )
                                    )
20 | UNIVERSITY OF CALIFORNIA,      )
   | BERKELEY,                      )
21 |                                )
   |     Garnishee.                 )
22
         TO:   University of California, Berkeley
23             2195 Hearst Ave., #120
               Berkeley, CA 94720
24
   **YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED**
25
   **STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT**
26
   **-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**
27
         The name, last known address, and last four digits of the social security number of the person
28

WRIT OF CONTINUING GARNISHMENT
CR 08-0535 DLJ                         1

1 who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this
2 Writ are as follows:

> Carlos Coronado
> 4285 Cabrilho Dr.
> Martinez, CA 94553
> Social Security Number (last four digits): XXX-XX-5132

This Writ has been issued at the request of the United States of America to enforce the collection of a criminal judgment entered in favor of the United States against the debtor for a debt in the original amount of $983,655.26. There is a balance due of approximately $1,013,198.57.

The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of the debtor (including wages, salary, commissions, or bonuses; or periodic payments pursuant to a pension or retirement program) in which the debtor has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the debtor and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property. With respect to the debtor's wages, salary, commissions, or bonuses; or periodic payments pursuant to a pension or retirement program, you must withhold twenty-five percent (25%) of such amount(s) after all deductions required by law have been withheld. See, 28 U.S.C. §§ 3205(a) and 3002(9).

2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10 days after service of this Writ upon you. You must answer the Writ even if you do not have in your custody, control, or possession any property of the debtor. Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

    a. Whether or not you have in your custody, control, or possession, any property owned by the debtor in which the debtor has a substantial nonexempt interest, including nonexempt disposable earnings;

    b. a description of such property and the value of such property;

    c. a description of any previous garnishments to which such property is subject and

the extent to which any remaining property is not exempt; and

        d.     the amount of the debt you anticipate owing to the debtor in the future and whether the period for payment will be weekly or another specified period.

For your convenience, a form which addresses the above-requested information is attached and may be used to answer the Writ.

    3.     After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and (c)(4), within ten (10) days after service of this Writ upon you, you must mail or deliver the original answer bearing the original signature of the person preparing the answer to the Court at the following address:

>Clerk, United States District Court
>1301 Clay St., Suite 400S.
>Oakland, CA 94612.

At the same time you mail or deliver the original answer to the Court, you must also mail or deliver a copy of the original answer to both the debtor and attorney for the United States at the following respective addresses:

>Carlos Coronado
>4285 Cabrilho Dr.
>Martinez, CA 94553
>
>Julie C. Reagin
>Assistant U.S. Attorney
>450 Golden Gate Avenue, 9th Floor
>P.O. Box 36055
>San Francisco, CA 94102.

Please note that the attached form answer contains a certificate of service which needs to be completed by the person mailing the copies of the answer to the debtor and the attorney for the United States, and which needs to be filed with the Court along with the answer.

IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE THE APPEARANCE DATE. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD

| | |
|---|---|
| 1 | CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A |
| 2 | JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST |
| 3 | IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE COURT |
| 4 | MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND |
| 5 | AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN |
| 6 | AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR. |

SUSAN Y. SOONG,
Clerk of the United States
District Court for the Northern
District of California

Dated: 1/20/2016           By: /s/ Kelly Collins
                                Deputy Clerk